UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**TWO MEN AND A TRUCK®/INTERNATIONAL, INC.,**
a Michigan corporation,

      Plaintiff,

vs.

**GERSTNER MANAGEMENT SYSYTEMS, INC.,**
a Missouri corporation,
**GERSTNER INVESTMENTS, INC.,**
a Missouri corporation, and
**DONALD BRYAN GERSTNER,**
an individual,

      Defendants.

Civil Action No.

Honorable

---

BUTZEL LONG, a professional corporation
By: Bernard J. Fuhs (P69621)
150 W. Jefferson – Suite 100
Detroit, Michigan 48236
(313) 225-7044
fuhs@butzel.com
Attorneys for Plaintiff

---

## VERIFIED COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF

Plaintiff **TWO MEN AND A TRUCK®/INTERNATIONAL, INC**. ("Plaintiff" or "TMT") for its Verified Complaint against Defendants Gerstner Management Systems, Inc. ("GMS"), Gerstner Investments, Inc. ("GI"), and Donald Bryan Gerstner ("Mr. Gerstner") (collectively, "Defendants") states as follows:

1.    This action arises out of Defendants' breach of contract.

### PARTIES, JURISDICTION AND VENUE

2.    Plaintiff TMT is a Michigan corporation with its principal place of business in Lansing, Michigan.  TMT is engaged in licensing, pursuant to written franchise agreements, the