UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**TWO MEN AND A TRUCK®/INTERNATIONAL, INC.,**
a Michigan corporation,

      Plaintiff,

vs.

**GERSTNER MANAGEMENT SYSYTEMS, INC.,**
a Missouri corporation,
**GERSTNER INVESTMENTS, INC.,**
a Missouri corporation, and
**DONALD BRYAN GERSTNER,**
an individual,

      Defendants.

Case No. 18-cv-00145

Hon. Paul L. Maloney

| | |
|---|---|
| BUTZEL LONG, a professional corporation<br>Bernard J. Fuhs (P69621)<br>Ivonne M. Soler (P77508)<br>150 W. Jefferson – Suite 100<br>Detroit, Michigan 48236<br>(313) 225-7044<br>fuhs@butzel.com<br>Attorneys for Plaintiff | Wood, Kull, Herschfus, Obee & Kull, P.C.<br>Rachael A. Frawley-Panyard (P72989)<br>Farmington Hills, MI 48335<br>(248) 476-2000<br>raf@woodkull.com<br>Attorney for Defendants |

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate to the following Order of Dismissal; and the Court being otherwise duly advised in the premises, it is hereby **ORDERED**:

(1) That the parties have agreed to resolve all things and matters in controversy between them and entered into a Settlement Agreement reflecting the same, including the entry of a Stipulated Permanent Injunction Order;

(2) That this Court shall retain jurisdiction for purposes of enforcing the terms and conditions of the Settlement Agreement and the Stipulated Permanent Injunction Order; and

(3)     That this Order disposes of the last pending claim, dismisses the case with prejudice, with each party to bear its own costs and fees, and closes the cases, except to enforce the terms and conditions of the Settlement Agreement and the Stipulated Permanent Injunction Order.

**IT IS SO ORDERED.**

Date:  March 29, 2018

/s/ Paul L. Maloney
Honorable Paul L. Maloney

Date:  March 29, 2018

Stipulated as to form and substance

By:/s/*Bernard J. Fuhs*
Bernard J. Fuhs (P69621)
**BUTZEL LONG, a professional corporation**
150 W. Jefferson Avenue, Suite 100
Detroit, MI  48226
(313) 225-7044
fuhs@butzel.com
Attorneys for Plaintiff

By:*/s/Rachael A. Frawlet-Panyard w/ permission*
Rachael A. Frawley-Panyard (P72989)
Wood, Kull, Herschifus, Obee & Kull, PC
Farmington Hills, MI 48335
(248) 476-2000
raf@woodkull.com
Attorney for Defendants